UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:25-cv-08394-JWH-SSC Date: July 21, 2026

Title Grant Charles Rhodes v. Michael Crone, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute, Comply with Court Orders, and/or Update Address**

On August 26, 2025, *pro se* Plaintiff Grant Charles Rhodes filed a Civil Rights Complaint. (ECF 1.) On June 5, 2026, the Court issued an Order Dismissing Plaintiff's Complaint with Leave to Amend. (ECF 11.) The deadline to file First Amended Complaint has passed and the Court has not received the First Amended Complaint or any other communication from Plaintiff. Copies of orders issued on June 5, 2026 (ECF 11) and June 11, 2026 (ECF 12) were mailed to Plaintiff at his address of record after issuance. Both mailings were returned to the courthouse with stamps indicating that Plaintiff was no longer at the address. (ECF 13; ECF 14.) No change of address notice has been received.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:25-cv-08394-JWH-SSC Date: July 21, 2026

Title Grant Charles Rhodes v. Michael Crone, et al.

Rule 41-6 of the Local Civil Rules for the Central District of California states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address***. A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **August 10, 2026,** why this action should not be dismissed for failure to prosecute, comply with a court order, and/or update address. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **August 10, 2026.**

If Plaintiff files a First Amended Complaint or Notice of Dismissal, along with an updated address, on or before **August 10, 2026**, this order to show cause will be automatically discharged, and Plaintiff/Petitioner need not respond to it separately.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:25-cv-08394-JWH-SSC Date: July 21, 2026

Title Grant Charles Rhodes v. Michael Crone, et al.

**Plaintiff is cautioned that failure to file a timely First Amended Complaint will result in a recommendation to the district judge to dismiss this case for failure the deficiencies noted above.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**