**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GRANT CHARLES RHODES,

Plaintiff,

v.

MICHAEL CRONE, *et al.*,

Defendants.

Case No. 2:25-cv-08394-JWH-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **DISMISSING** the action **without prejudice** for failure to prosecute, comply with court orders, and update address.

**IT IS SO ORDERED.**

Dated: September 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE