JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GRANT CHARLES RHODES,
Plaintiff,
v.
MICHAEL CRONE, *et al.*,
Defendants.

Case No. 2:25-cv-08394-JWH-SSC

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action is **DISMISSED without prejudice** for failure to prosecute, comply with court orders, and update address.

**IT IS SO ORDERED.**

Dated: September 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE